# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3370
LT Case No. 2017-CA-000321

_____

EGM MARKETING, INC., d/b/a
Anchor's Away Cruises and
Tours,

    Appellant,

    v.

MANIPHONE PHOUANGEKO
ALBRECHT,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Jason J. Nimeth, Judge.

Elliott Goldberg, of DiGiacomo & Goldberg, P.A., Fort
Lauderdale, for Appellant.

Joseph C. Shoemaker, of Bogin, Munns, & Munns, P.A.,
Leesburg, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____